WARREN M. HODGES　　　　＊　　NUMBER:　　　DIVISION:

VERSUS　　　　　　　　　　　＊　　21ST JUDICIAL DISTRICT COURT

　　　　　　　　　　　　　　　　＊　　PARISH OF LIVINGSTON

SOUTHEASTERN IRON WORKERS
HEALTHCARE PLAN　　　　　＊　　STATE OF LOUISIANA

## PETITION FOR BREACH OF CONTRACT

The Petition of WARREN M. HODGES, a person of the full age of majority and a resident of the Parish of Livingston, State of Louisiana, respectfully represents that:

1.

Made Defendants herein is SOUTHEASTERN IRON WORKERS HEALTHCARE PLAN on information and belief, a foreign organization, licensed to do and doing business primarily in the State of Pennsylvania but administering services to all states in the United States.

2.

The Defendants herein are indebted unto Petitioners due to their breach of contract in the following particulars.

3.

Petitioner, Warren Hodges, shows that he was a member of a local Iron Workers Union in 2006.

4.

Petitioner next shows that there was no work locally and through a hot line found that iron workers were needed by Summit Erectors in Jacksonville, Florida.

5.

Petitioner next shows that he went to Jacksonville, Florida and was hired by Summit Erectors as a certified welder through the union wage rate of between $18.75 and $19.29 per hour together with $3.55 per hour to be paid to his health and welfare fund for health insurance and $3.50 per hour paid directly to his pension plan.

6.

Petitioner next shows that he worked for Summit Erectors for 828 hours from July 10, 2006, until October 28, 2006.

7.

Petitioner next shows that per his union agreement Summit did, in fact, pay him his hourly wage and did, in fact, pay his pension funds to his pension plan and further, be it late, paid his health and welfare to Southeastern Iron Workers Health Care Plan, the Defendant in this suit.

8.

Petitioner next shows that after leaving the job he learned that his health insurance was canceled because he had not paid into the premium for the requisite number of hours.

9.

Petitioner next shows that despite having worked those hours, Southeastern Iron Workers Healthcare Plan who received approximately $2,939.40 from Summit Erectors to pay for Mr. Hodges healthcare, did not send those payments to Zenith Administrators who administered Mr. Hodges healthcare plan.

10.

Petitioner next shows that Southeastern Iron Workers Healthcare Plan is guilty of breaching the contract and failing to pay his insurance premiums despite being given those premiums by his employer Summit Erectors.

EXHIBIT A

11.

Petitioner next shows that Southeastern Iron Workers Healthcare Plan is guilty of the intentional tort of converting his approximately $2,939.00 to their own use and gaining interest on said funds while not paying his health insurance to Zenith therefore leaving him without health insurance.

12.

Petitioner next shows that as a result of the actions of Southeastern Iron Workers Healthcare Plan, he is entitled to judgment against them for the full amount paid to them from Summit Erectors together with any interest that may have been earned on the money, any attorneys fees expended in trying to obtain the release of the funds and any penalties for the Defendant's failure to pay him or pay his health insurance under the adequate and contracted compensation rate.

WHEREFORE, Plaintiff, WARREN HODGES, prays that after due proceedings are had there be Judgment herein in favor of WARREN HODGES and against the Defendant, SOUTHEASTERN IRON WORKERS HEALTHCARE PLAN in the amount of $2,939.40 together with interest, attorneys fees and any applicable penalties that may apply together with any and all costs of these proceedings.

RESPECTFULLY SUBMITTED BY:
STEWART & BROCK
Attorneys at Law
Post Office Box 240
Livingston, Louisiana 70754
(225) 686-0986

JASPER S. BROCK, IV., LSBA 20726

PLEASE SERVE:

SOUTHEASTERN IRON WORKERS HEALTHCARE PLAN
Through Long Arm Statute
12003 Gateway Center
Pittsburgh, Pennsylvania 15222

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this _____ day of _____ 2009