*CITATION*
PETITION FOR BREACH OF CONTRACT

FEB 1 7 2009

HODGES, WARREN M

Vs.

SOUTHEASTERN IRON WORKERS HEALTHCARE PLAN



Case: 000000123915
Division: D
21st Judicial District Court
Parish of Livingston
State of Louisiana

To: SOUTHEASTERN IRON WORKERS HEALTHCARE PLAN THROUGH LONG ARM STATUTE
12003 GATEWAY CENTER
PITTSBURGH, PENNSYLVANIA 15222
of -------------- Parish

YOU ARE HEREBY SUMMONED to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.

WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON FEBRUARY 12, 2009.

Clerk of Court
21st Judicial District
Parish of Livingston

Deputy Clerk of Court

Attorney
JASPER S. BROCK
PO BOX 240
LIVINGSTON LA 70754

### Service Information

Received on the _____ day of _____ 20____ and on the _____ day of _____ 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____ a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service        $_____
                                  By: _____
Mileage        $_____                Deputy Sheriff

Total          $_____

